Scott S. Shepardson, State Bar No. 197446
sshepardson@ongaropc.com
Marlene Leiva, State Bar No. 108454
mleiva@ongaropc.com
**ONGARO PC**
1604 Union Street
San Francisco, CA 94123
T: 415.433.3900
F: 415.433.3950

Attorneys for Defendant
FCA US LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HENDRICKSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00484-JAM-DB<br><br>**ORDER GRANTING THE PARTIES' JOINT REQUEST TO CONTINUE OCTOBER 30, 2020 DEADLINE TO FILE SETTLEMENT/DISMISSAL DOCUMENTS**<br><br>Trial Date: Not Yet Set |

On October 30, 2020, the Parties filed a "Joint Request to Continue October 30, 2020 Deadline to File Settlement Dismissal Documents." The Court, having considered the Parties' stipulation and request that the deadline to finalize the settlement and submit a stipulation for dismissal, grants the Parties' request.

-1-

ORDER GRANTING THE PARTIES' JOINT REQUEST TO CONTINUE THE OCOTBER 20, 2020
DEADLINE TO FILE SETTLEMENT/DISMISSAL DOCUMENTS

1
2
3   **IT IS SO ORDERED**
4
5   DATED:  November 2, 2020      /s/ John A. Mendez
                                  _____
6                                 THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

ORDER GRANTING THE PARTIES' JOINT REQUEST TO CONTINUE THE OCOTBER 20, 2020
DEADLINE TO FILE SETTLEMENT/DISMISSAL DOCUMENTS

4820-4457-8929.1